Thomas Humphrey  ISB # 4323
Attorney at Law
P.O. Box 223
Boise, Idaho  83701
Telephone:      (208) 830-4319
Facsimile:      (208) (866) 419-3574
tom@HumphreyLawIdaho.com

Paul D. McFarlane  ISB # 7093
**MCFARLANE LAW OFFICES, PLLC**
1004 West Fort Street
Boise, Idaho 83702
Telephone:      (208) 342-1948
Facsimile:      (208) 298-3846
paul@McFarlaneLawOffices.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE STATE OF IDAHO

| | |
|---|---|
| DAWN ~~GARLAND~~ HUFF GARLAND,<br><br>             Plaintiff,<br><br>vs.<br><br>BRIAN YOAKUM, individually and in his official capacity as Adams County Sheriff's Deputy; RYAN ZOLLMAN, individually and in his official capacity as Adams County Sheriff; DOE DEFENDANTS 1-9, whose true name is unknown, individually and in their capacity as supervisors of Yoakum, and ADAMS COUNTY, IDAHO,<br><br>             Defendants. | **CASE NO: 1: 16-cv-00128-CWD**<br><br>~~**VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL**~~<br>**ST**ATUS REPORT ON SERVICE OF PROCESS<br>**(Local rule 4.1)** |

**STATUS REPORT ON SERVICE OF PROCESS- 1**

COMES NOW Plaintiff Dawn Huff Garland, by and through her attorneys of record Thomas Humphrey, Attorney at Law, and Paul D. McFarlane, McFarlane Law Offices, PLLC, and hereby files this Status Report on Service of Process as required by Local Rule 4.1:

Plaintiffs served the Summons and Complaint upon Defendant Brian Yoakum on May 18, 2016.

Plaintiff has not yet served the Summons and Complaint upon Defendants, Adams County and Ryan Zollman, Adams County Sheriff.  Plaintiff intends to serve these defendants, the week of June 20, 2016.  The delay in service is because Plaintiff has been attempting settlement.

DATED this 1st day of June, 2016.

By: \_\_\_/s/_____
Thomas D. Humphrey
Attorneys for Plaintiffs

MCFARLANE LAW OFFICES, PLLC

By: \_\_\_\_/s/_____
Paul D. McFarlane
Attorneys for Plaintiffs

**STATUS REPORT ON SERVICE OF PROCESS- 2**